AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>TERRY SUGGS, JR.<br>JERMAINE CLARK<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  **19.0872M**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 25, 2019__ in the county of __Allegheny__ in the __Western__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) | Possession With Intent To Distribute Cocaine, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:
Please see the attached Affidavit of Probable Cause.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

John Ypsilantis, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/19/2019__

_____
*Judge's signature*

Robert C. Mitchell, United States Magistrate Judge
*Printed name and title*

City and state: __Pittsburgh, Pennsylvania__