IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-134 |
| ) | |
| JERMAINE KYLE CLARK ) | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii), |
| TERRY SUGGS, JR. ) | 841(b)(1)(A)(viii), 846 |

**INDICTMENT**

**COUNT ONE**

RECEIVED MAY 0 8 2019
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

From on or about February 24, 2019 and continuing thereafter to on or about February 25, 2019, in the Western District of Pennsylvania, the defendants, JERMAINE KYLE CLARK and TERRY SUGGS, JR., did knowingly, intentionally and unlawfully conspire with one another and with persons both known and unknown to the grand jury, to distribute and possess with intent to distribute a quantity of a mixture and substance containing five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, contrary to the provisions of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A)(ii), and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

FILED
MAY 08 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## COUNT TWO

The grand jury further charges:

On or about February 25, 2019, in the Western District of Pennsylvania, the defendant, JERMAINE KYLE CLARK, did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of a mixture and substance containing five (5) kilograms or more of a detectable amount of cocaine and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A)(ii), and 841(b)(1)(A)(viii).

## COUNT THREE

The grand jury further charges:

On or about February 25, 2019, in the Western District of Pennsylvania, the defendant, TERRY SUGGS, JR, did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of a mixture and substance containing five (5) kilograms or more of a detectable amount of cocaine and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A)(ii), and 841(b)(1)(A)(viii).

## NOTICE OF SPECIAL FINDINGS

The grand jury further finds:

1. As to Counts One and Two, the defendant, JERMAINE KYLE CLARK:

(a) was previously convicted on or about April 6, 2006, in the United States District Court for the Western District of Virginia, of the crime of conspiracy to distribute 50 pounds of marijuana, in violation of Title 21, United States Code, Section 846;

(b) served a term of imprisonment of more than twelve (12) months for the offense described in Subparagraph 1(a); and

(c) was released from any term of imprisonment for the offense described in Subparagraph 1(a) within fifteen (15) years of the commencement of each of the offenses charged in Counts One and Two.

# FOREITURE ALLEGATION

1. The allegation contained in Counts One, Two, and Three of this Indictment are incorporated by reference as if fully set forth herein for the purpose of alleging criminal forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2), and 853(p); and Title 28, United States Code, Section 2461(c).

2. As a result of the commission of the violations of Title 21, United States Code, Section 846 and Sections 841(a)(1), 841(b)(1)(A)(ii), and 841(b)(1)(A)(viii), charged in Counts One, Two, and Three of this Indictment, the defendants, JERMAINE KYLE CLARK and TERRY SUGGS, JR., shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the following: a grey Chevrolet Traverse, bearing PA registration KPH8869 (JERMAINE KYLE CLARK); a grey Subaru Tribeca bearing PA registration KPZ3470 (TERRY SUGGS, JR.); and $8,060.00 in United States currency seized from the aforementioned Subaru Tribeca on February 25, 2019.

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352