# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
              Plaintiff          )
                                        )
     vs.                          )  No. 2:19-cr-00134-JFC-2
                                        )
TERRY SUGGS, JR.                  )
              Defendant          )

## HEARING ON DETENTION

Before Chief Magistrate Judge Cynthia Reed Eddy

Robert M. Gamburg            Rebecca L. Silinski
      Appear for Plaintiff              Appear for Defendant

Hearing begun 5/24/2019 at 1:15pm      Hearing adjourned _____

Hearing concluded 5/24/2019 at 2:25pm    Stenographer Noreen Re

Government proffer

Defendant proffer

Government Response

Government's Exhibit 1 admitted

Government Witness Special Agent Darcos Cruz

The defendant is ordered to be detained pending trial. Order to be entered separately.