EXHIBIT A

**ALLEGHENY COUNTY DISTRICT ATTORNEY**
**D.A.N.E.T.**
**INVESTIGATIVE REPORT**

| D.A.N.E.T. Case No. 2019-007/2019-029 | Municipal Case No. |
|---|---|

| Incident Date / Time 2/25/2019 / 1600 | Date of Report 2/26/2019 | OTN G-831415-4 |
|---|---|---|

| Offense (s) |
|---|
| VCSDDCA 780-13a30 Delivery of a controlled substance, namely cocaine |

| Suspect (s) Name | Address | | Phone No. | Alias |
|---|---|---|---|---|
| Jermaine Kyle Clark | REDACTED REDACTED | Philadelphia, PA | REDACTED | "Fats" |

REDACTED

| Suspect (s) Name | Address | | Phone No. | Alias |
|---|---|---|---|---|
| Terry Suggs Jr. | REDACTED | Philadelphia, PA | REDA | |

REDACTED

| Vehicle Year | Make | Model | License # | State |
|---|---|---|---|---|
| | | | | |

Weapon Yes ☐ No ☒   Description

**Narrative**

1. On Monday, February 25th, 2019 (I) Det Scott KUCIC of the Allegheny County District Attorney's (DANET) along with the following detectives met at a pre-determined location for purposes of planning a five (5) kilogram buy bust of COCAINE from the subject of this investigation Jermaine CLARK:

2. 
   1. Det. Ray BONACCI (Allegheny County District Attorney's Office)
   2. TFO Det. Justin Keenan (DANET)
   3. TFO Mark HETHERINGTON (DANET)
   4. Tpr. Aaron BORELLO (PSP)
   5. K9 TFO Norm LOCKE (DANET)
   6. K9 TFO Dave ZACCHIA (DANET)
   7. K9 TFO Lou SITZMAN (DANET)
   8. TFO Debra ACKERLY (DANET)
   9. Tpr. Matt Hudak (PSP)
   10. Cpl. Fred Gregg (PSP)
   11. Cpl. Frank Konek (PSP)
   12. Cpl. Brett Masafra (PSP)
   13. Tpr. Justin Duval (PSP)
   14. Sgt. Doug Kramer (PSP)

EXHIBIT A

ALLEGHENY COUNTY DISTRICT ATTORNEY
D.A.N.E.T.
INVESTIGATIVE REPORT

3. Detecives identified CLARK of Philadelphia, as a source of supply of COCAINE to Allegheny County.

6. On Thursday, February 21st, 2019 I prepared an affidavit of probable cause requesting a PING order be granted to track the whereabouts of CLARK and cellular number 267-752-0440. ADA FODI and ADA Mike AWESH approved said affidavit and prepared a court order for proper submission to the Hornorable Judge Edward BORKOWSKI. Judge BORKOWSKI subsequently authorized and approved an order of court to intercept location(s) of said cellular number.

7. On Sunday, February 24th, I began to receive the PING information of the whereabouts of the above-mentioned cellular number. The said PING information indicated that the cell phone of CLARK was in the Pittsburgh, Allegheny County, Pa.

9. At approximately 1500 hours TFO HETHERINGTON was assigned to surveillance near the Grant Street residence of North Braddock.

11. At this time the arrest team was assigned to the same general area. While assisting officers/detectives were in route to the arrest area, [REDACTED] CLARK stated that he has already arrived at the Grant Street location and was waiting for him/her.

12. TFO Hetherington contacted me and advised that the Chevrolet Traverse bearing PA registration (KPH-8669) occupied by a black male and a second vehicle arrived in front of the residence on Grant St. He stated that a large black male exited a Subaru which was bearing PA registration (KPZ-3470) and entered the front passenger's side of the Chevrolet Traverse. He stated that both individuals were sitting parked across from the Grant St. residence.

13. At this time I was able to drive by of the location and verify the registration on the Chevrolet Traverse as being CLARK'S vehicle which is the same vehicle that he delivered COCIANE from to the CI in the past.

14. Once the arrest team was in place, I directed them to move in boxing in the Traverse since it was occupied by CLARK and a pasenger and the subaru was unoccupied. At this time officers converged on the vehicle and were able to place CLARK and who I later identified as SUGGS into custody without incident. Note: The passenger was identified as Terry Kenneth SUGGS Jr. with a DOB of REDACTED Located on CLARK were 2 cellular I-Phones, a hotel key card from STAYAKA.com, a white magnetic key card (HID) (00764 11784214-3A) and a PA drivers license. Located on SUGGS were 2 cellular I-Phones and a brown wallet containing PA drivers license, and other debit/credit cards. Both CLARK and SUGGS were transported to the Swissvale Police Department along with their respective vehicles via Culgan Towing.

15. Once at the Swissvale PD, Swissvale K9 Officer Zachla and his partner "Atlas" conducted an on-line exterior sniff of both the Traverse and the Subaru. At the rear of the Traverse, K9 "Atlas" indicated for the presence of narcotics. Near the fuel filler door and rear passenger door of the Subaru K9 "Atlas" again indicated positively for the presence of narcotics.

16. Based on the above information, search warrant(s) for both vehicles were applied for and granted by a Allegheny County Night Court Magistrate.

ALLEGHENY COUNTY DISTRICT ATTORNEY
D.A.N.E.T.
INVESTIGATIVE REPORT

17. ▇▇▇▇▇▇▇ CLARK maintains a surreptitious hydrolic trap in the rear of his vehicle. At this time, TFO Hetherington, Officer Zachia and I began searching the Chevrolet Traverse. Located behind the rear seats was a hidden hydraulically controlled trap/compartment. Inside the trap were 5 clear vacuum sealed packages with a black package inside. These packages were consistent with the way kilograms of cocaine would be packaged. All 5 packages were photographed and removed from the trap. TFO Hetherington poked a small hole in one of the packages and field tested the white powder that was inside. The field test was done utilizing a NarcoPouch 904B which tested positive for cocaine.

18. TFO Keenan, Det. Bonacci and I began searching the Subaru Tribeca. Located behind the passenger seat on the floor was a large stack of U.S Currency. The money was in small denominations and packaged in separate bundles with 2 large rubber bands holding the money together. The way the money was packaged is commonly seen in the narcotics trade when large amounts of narcotics are purchased. The money was photographed and seized and placed into an evidence envelope.

19. While searching the front of the vehicle TFO Hetherington located a second hidden trap in the Subaru. The hidden trap was forced open and located inside were 18 separate clear vacuum sealed packages (believe to be 18 kilograms of COCAINE). The packages were identical to the ones found in the Chevrolet Traverse. All 18 packages were photographed and removed from the trap.

20. A phone call was made to the cellular phone number 267-752-0440 which was the number used to arrange the purchase of 5 kilograms of cocaine and the phone that was on CLARK'S possession at the time of the arrrest rang.

21. All evidence was secured and logged into the Swissvale P.D evidence room until later transported to the Allegheny County Crime Lab for analysis.

22. CLARK and SUGGS were later transported to the Allegheny County Jail on possession, possession w/intent to distribute cocaine, criminal conspiracy and criminal use of a communication facility.

Not complete

| Officer Name/Signature | Badge # | Department |
|---|---|---|
| Detectice Scott Kucic | 3150 | North Versailles Twp. |
| Coordinator | | Director |

# EXHIBIT A

**ALLEGHENY COUNTY DISTRICT ATTORNEY**
**D.A.N.E.T.**
**INVESTIGATIVE REPORT**

| D.A.N.E.T. Case No. 2019-007 | Municipal Case No. |
|---|---|

| Incident Date / Time 2/25/2019 / | Date of Report | OTN |
|---|---|---|

**Offense (s)**
VCSDDCA 780-13a30 Delivery of a controlled substance, namely cocaine

| Suspect (s) Name | Address | | Phone No. | Alias |
|---|---|---|---|---|
| Height | Weight | Hair Color | Eye Color | Martial Status |
| Race | Sex Male | DOB | Age | SS# - - |
| OLN/State / | Birth Place | Employer/School | Misc. Numbers | Juvenile Arrest Yes ☐ No ☒ |

| Suspect (s) Name | Address | | Phone No. | Alias |
|---|---|---|---|---|
| Height | Weight | Hair Color | Eye Color | Martial Status |
| Race | Sex | DOB | Age 51 | SS# - - |
| OLN/State / | Birth Place | Employer/School | Misc. Numbers | Juvenile Arrest Yes ☐ No ☒ |

| Vehicle Year | Make | Model | License # | State |
|---|---|---|---|---|

**Weapon** Yes ☐ No ☒   **Description**

**Narrative**

I, Officer Zacchia and K-9 partner Atlas are a certified K-9 team through North American Police Work Dog Association. Prior to training with K-9 Atlas this officer was a K-9 handler for the past 9 years. The K-9 team is certified in patrol as well as narcotic detection. The K-9 is trained to locate heroin, cocaine, marijuana and methamphetamine. The K-9 team received initial training through Shallow Creek Kennels and was certified in November 2018. The training included but was not limited to buildings, lockers, vehicles both interior and exterior, and open air searches. Following initial training the K-9 team continues to train a minimum of 16 hours per month according to certification standards.

On 2/25/2019 I, Officer Zacchia was requested to do a exterior sniff of a vehicle stopped by District Attorneys Narcotics Task Force and Pennsylvania State Police based on information from a drug investigation. The search was conducted on a 2010 Chevrolet Traverse at the Swissvale Police Department sally port. This officer and K-9 Atlas did an on line exterior sniff of the vehicle and a change in the k-9 breathing was noticed at the back lift gate area of the vehicle. The K-9 continued to sniff the rear lift gate area of the vehicle and gave an indication to the presence of narcotics by sitting at the rear of the vehicle. Based on training and experience this is a indication to the presence of narcotics inside of the vehicle.

EXHIBIT A

# ALLEGHENY COUNTY DISTRICT ATTORNEY
## D.A.N.E.T.
### INVESTIGATIVE REPORT

I, Officer Zacchia and K-9 partner Atlas are a certified K-9 team through North American Police Work Dog Association. Prior to training with K-9 Atlas this officer was a K-9 handler for the past 9 years. The K-9 team is certified in patrol as well as narcotic detection. The K-9 is trained to locate heroin, cocaine, marijuana and methamphetamine. The K-9 team received initial training through Shallow Creek Kennels and was certified in November 2018. The training included but was not limited to buildings, lockers, vehicles both interior and exterior, and open air searches. Following initial training the K-9 team continues to train a minimum of 16 hours per month according to certification standards.

On 2/25/2019 I, Officer Zacchia was requested to do a exterior sniff of a vehicle stopped by District Attorneys Narcotics Task Force and Pennsylvania State Police based on information from a drug investigation. The search was conducted on a 2008 Subaru with PA registration KPZ3470 at the Swissvale Police Department sally port. This officer and K-9 Atlas did an on line exterior sniff of the vehicle. The K-9 sniffed around the area of the gas cap lid toward the rear passenger die of the vehicle and immediately sat. Based on training and experiencethis sit is a indication to the presence of narcotics.

| Officer Name/Signature | Badge # | Department |
|---|---|---|
| Officer Dave Zacchia | | Swissvale |
| Coordinator | | Director |
| | | |