**ALLEGHENY COUNTY DISTRICT ATTORNEY**
**D.A.N.E.T.**
**INVESTIGATIVE REPORT**

| D.A.N.E.T. Case No. 2019-007/2019-029 | Municipal Case No. |
|---|---|

| Incident Date / Time 2/25/2019 / 1600 | Date of Report 2/26/2019 | OTN G-831415-4 |
|---|---|---|

**Offense (s)**
VCSDDCA 780-13a30 Delivery of a controlled substance, namely cocaine

| Suspect (s) Name Jermaine Kyle Clark | Address REDACTED | Phone No. REDACTED | Alias "Fats" |
|---|---|---|---|
| Height 6'2 | Weight 240-250 | Hair Color Black | Eye Color Brown | Martial Status Single |
| Race Black | Sex Male | DOB REDACTED | Age | SS# REDACTED |
| OLN/State REDACTED / PA | Birth Place | Employer/School | Misc. Numbers | Juvenile Arrest Yes ☐ No ☒ |

| Suspect (s) Name Terry Suggs Jr. | Address REDACTED | Phone No. | Alias |
|---|---|---|---|
| Height 6'0 | Weight 250 | Hair Color Black | Eye Color Brown | Martial Status Single |
| Race Black | Sex Male | DOB | Age REDACTED | SS# |
| OLN/State REDACTED | Birth Place | Employer/School | Misc. Numbers | Juvenile Arrest Yes ☐ No ☒ |

| Vehicle Year | Make | Model | License # | State |
|---|---|---|---|---|

**Weapon** Yes ☐ No ☒   **Description**

**Narrative**

1. During the month of REDACTED, I received information from a confidential informant (herein referred to as CI-1) that he/she has been purchasing kilogram quantities of COCAINE from a major COCAINE distributor only knows to CI-1 as "FATS" who resides in the Philadelphia, Pa. area. Detectives later identified "FATS" as Jermaine CLARK. REDACTED

arrangements were made for CLARK to transport a shippment of COCAINE to CI-1    REDACTED
REDACTED

5. On Sunday, February 24th, 2019, detectives began to receive PING data/information indicating the whereabouts of CLARK and his cell phone. The PING data indicated that CLARK was in the Pittsburgh area of Allegheny County, Pa.

REDACTED

he/she did see and speak with CLARK and another unknown black male whom CLARK stated was is cousin. (later positively identified as Terrance SUGGS).

7. REDACTED, while searching the parking garage of the Westin Hotel for the vehicle that CLARK is known to operate (Chevrolet Traverse), Detective REDACTED asked if CLARK was driving his normal/usual vehicle with him last evening. REDACTED stated that they were in his cousins Gray Subaru.

8. On Monday, February 25th, 2019 at approximately 1130 hours, I, Detective REDACTED Trooper REDACTED Detective REDACTED and Detective REDACTED met with REDACTED at a predetermined location for purposes of placing intercepted call(s) to CLARK and to finalize the arraingements of the delivery of five (5) kilograms of COCAINE from CLARK to CI-1:

REDACTED

11. At approximately 1500 hours TFO HETHERINGTON was assigned to surveillance near the Grant Street location in North Braddock.

12. REDACTED CLARK stating that he was twenty (20) minutes REDACTED

REDACTED
LARK stated that he was in North Braddock on Grant St. REDACTED

14. TFO REDACTED advised that the Chevrolet Traverse occupied by a black male arrived and parked in the 1400 block of Grant St. TFO REDACTED further stated that a second vehicle (later identified as a Subaru bearing PA registration KPZ-3470 which was registered from Philadelphia) had also arrived and parked in front of the Traverse operated by a black male. The operator, later identified as Terrence SUGGS: Jr. exited the Subaru and entered the passenger compartment of the Traverse.

15. At this time I was able to confirm the registration affixed to the Traverse as the same vehicle described by CI-1 to deliver COCAINE in the past.

16. At this time the arrest team converged and blocked in the Traverse and detained both occupants without incident. The occupants were identified as Jermaine CLARK (operator of Chevrolet Traverse) and Terrence SUGGS; Jr. (passenger of Traverse and operator of the Subaru) with a DOB of REDACTED.
* Located on CLARK were 2 cellular I-Phones, a hotel key card from STAYAKA.com, a white magnetic key card (HID) (00764 11784214-3A) and a PA drivers license.
* Located on SUGGS were 2 cellular I-Phones, a brown wallet containing PA drivers license, and other debit/credit cards. Both CLARK and SUGGS were transported to the Swissvale Police Department. Both vehicles were towed and housed in

**ALLEGHENY COUNTY DISTRICT ATTORNEY**
**D.A.N.E.T.**
**INVESTIGATIVE REPORT**

a secure garage also at the Swissvale PD.          REDACTED
         identied the photo's as being CLARK and CLARK'S cousin.
Note: Once CLARK and SUGGS were in custody, officers noticed that the Subaru that SUGGS was driving was still running. When both SUGGS and CLARK were asked about the Subaru, both denied any knowledge of the vehicle.

17. Once at the Swissvale PD, Swissvale K9 Officer Zachia and his partner "Atlas" conducted an on-line exterior sniff of both the Traverse and the Subaru. K9 "Atlas" indicated for the presence of narcotics near the rear of the Chevrolet Traverse. K9 "Atlas" also indicated for the presence of narcotics near the fuel filter and rear passenger door of the Subaru.

18. Based on the above information, search warrant(s) for both vehicles were applied for and granted by a Allegheny County Night Court Magistrate.

                                REDACTED
                                                Located behind the rear seats of the Traverse was a hidden hydraulically controlled trap/compartment. Located inside the trap were five (5) clear vacuum sealed packages with a black package inside. These were consistent with the way COCAINE is packaged. All 5 packages were photographed and removed from the trap. TFO REDACTED removed a small amount of the contents of the package which was a white powder substance. The substance was field tested utilizing a NarcoPouch 904B. The test results were positive for the presence of COCAINE.

20. TFO REDAC Detective REDACT and I began searching the Subaru Tribeca. Located behind the passenger seat on the floor was a large stack of U.S Currency. The money was in small denominations and packaged in separate bundles with 2 large rubber bands holding the money together. The packaging manner of the currency was also consistant with the trafficking of drugs. The money was photographed and seized and placed into an evidence.

21. During the search of the Subaru, TFO REDACTED located a second surreptitious trap in the rear of the vehicle. This trap was identical to the trap located in the Traverse. This hydralic trap was forced open and located inside were eighteen (18) separate clear vacuum sealed packages. The packages were identical to the packages located in the trap of the Traverse. A field test of the contents were performed and found to be positive for the presence of COCAINE.

22. A phone call was made to the cellular phone number of 267-752-0440 which was the number used to arrange the initial purchase of five (5) kilograms of COCAINE. The cell phone that CLARK was in possession of did ring with the phone number that we were utilizing.

23. All evidence was secured and logged into the Swissvale P.D evidence room according to their policies and procedures until transported to the Allegheny County Crime Lab for analysis.

24. CLARK and SUGGS were later transported to the Allegheny County Jail on possession, possession w/intent to distribute cocaine, criminal conspiracy and criminal use of a communication facility.

**Report complete**

| Officer Name/Signature | Badge # | Department |
|---|---|---|
| Detective Scott KUCIC | 3150 | North Versailles Twp. |

| Coordinator | Director |
|---|---|
| | |