

# COUNTY OF ALLEGHENY
## OFFICE OF THE MEDICAL EXAMINER

1520 Penn Avenue - Pittsburgh, Pennsylvania 15222
Phone: (412) 350-4800
Email: webmaster.me@alleghenycounty.us



**ABDULREZAK SHAKIR, M.D.**
DEPUTY MEDICAL EXAMINER

**KARL E. WILLIAMS, M.D., M.P.H.**
MEDICAL EXAMINER

**ROBERT HUSTON**
DIRECTOR OF LABORATORIES

# CONFIDENTIAL

Submitted herewith please find the confidential Report of Laboratory Findings relating to the following case:

| Lab Case No. | Report No. | Report Date |
|---|---|---|
| 19LAB01682 | 2 | April 19, 2019 |

| Agency Case No. | Agency | Case Officer |
|---|---|---|
| 2019007 | NORTH VERSAILLES PD<br>1401 Greensburg Pike<br>North Versailles, PA 15137-1613 | S. KUCIC #3150 |

**Participant(s)**  
JERMAINE CLARK  
TERRY SUGGS  

**OTN**  
G8314154  
G8314174  

**The Crime Lab User Fee:**     $1,250.00

## IMPORTANT NOTICE

**The Division of Laboratories must be notified when an OTN becomes available for the participant(s) in this case.
Please call (412) 350-3734 or FAX this information to (412) 350-3861.**




**COUNTY OF ALLEGHENY**

**OFFICE OF THE MEDICAL EXAMINER**
**DIVISION of FORENSIC LABORATORIES**
REPORT OF LABORATORY FINDINGS

| Lab Case No. | Report No. | Agency Case No. |
|---|---|---|
| 19LAB01682 | 2 | 2019007 |

## DRUG CHEMISTRY SECTION REPORT

The items included in this report were tested within the following date range: 04/09/2019 to 04/15/2019.

The following items were submitted:

| Item | Description |
|---|---|
| 1 | A tape-sealed white cardboard box containing Latent Print processed items 1A and 1B, and 1A1. Item 1A1 will be processed by Drug Chemistry. |
| 1A1 | A heat-sealed colorless plastic bag containing five (5) wrapped packages of compressed off-white powder |
| | Items Analyzed - Two (2) wrapped packages of compressed off-white powder |
| | Items NOT Analyzed - Three (3) wrapped packages of compressed off-white powder |
| 2 | A tape-sealed white cardboard box containing Latent Print processed item 2A, and 2A1. Item 2A1 will be processed by Drug Chemistry. |
| 2A1 | Two (2) heat-sealed colorless plastic bags containing a total of ten (10) wrapped packages of compressed off-white powder |
| | Items Analyzed - Two (2) wrapped packages of compressed off-white powder |
| | Items NOT Analyzed - Eight (8) wrapped packages of compressed off-white powder |
| 3 | A tape-sealed red and white cardboard box containing Latent Print processed item 3A, and 3A1. Item 3A1 will be processed by Drug Chemistry. |
| 3A1 | A heat-sealed colorless plastic bag containing a total of eight (8) wrapped packages of compressed off-white powder |
| | Items Analyzed - Two (2) wrapped packages of compressed off-white powder |
| | Items NOT Analyzed - Six (6) wrapped packages of compressed off-white powder |

**Laboratory Findings**

| Item Number | Not Analyzed | Test Procedures | Results | Schedule | Weight ( Measurement Uncertainty*) |
|---|---|---|---|---|---|
| 1A1 | | 1,6,7,8,9 | METHAMPHETAMINE<br>COCAINE | 2<br>2 | collective net weight - 2016.2 grams (+/- 1.6 grams)<br>collective gross weight (Not Analyzed) - 3141.9 grams (+/-0.8 grams) |




COUNTY OF ALLEGHENY

OFFICE OF THE MEDICAL EXAMINER
DIVISION of FORENSIC LABORATORIES
REPORT OF LABORATORY FINDINGS

| Lab Case No. | Report No. | Agency Case No. |
|---|---|---|
| 19LAB01682 | 2 | 2019007 |

## DRUG CHEMISTRY SECTION REPORT

| Item Number | Not Analyzed | Test Procedures | Results | Schedule | Weight (Measurement Uncertainty*) |
|---|---|---|---|---|---|
| 2A1 | | 1,6,8,9 | METHAMPHETAMINE<br>COCAINE | 2<br>2 | collective net weight - 2015.4 grams (+/- 1.6 grams)<br>collective gross weight (Not Analyzed) - 8422.0 grams (+/-2.4 grams) |
| 3A1 | | 1,6,8,9 | METHAMPHETAMINE<br>COCAINE | 2<br>2 | collective net weight - 2013.9 grams (+/- 1.6 grams)<br>collective gross weight (Not Analyzed) - 6322.2 grams (+/-1.6 grams) |

NC = Non-Controlled Substance
OTC = Over the Counter Pharmaceutical
RX = Prescription Pharmaceutical
*All measurement uncertainty reported are an expanded uncertainty at a coverage probability of 95.45%.

| TEST PROCEDURE KEY | |
|---|---|
| 1. Gravimetric Analysis | 7. Fourier Transform Infrared Spectroscopy |
| 2. Short/Long Wave UV | 8. Gas Chromatography-Mass spectrometry |
| 3. Macroscopic Examination | 9. Gas Chromatography/ FID |
| 4. Microscopic Examination | 10. Pharmaceutical Identification |
| 5. Mod.Duquenois-Levine Color Test | 11. Thin Layer Chromatography |
| 6. Color Test(s) | |

Analysis of submitted items was based upon a sampling scheme.






**COUNTY OF ALLEGHENY**

**OFFICE OF THE MEDICAL EXAMINER**
**DIVISION of FORENSIC LABORATORIES**
REPORT OF LABORATORY FINDINGS

| | | |
|---|---|---|
| **Lab Case No.** | **Report No.** | **Agency Case No.** |
| 19LAB01682 | 2 | 2019007 |

## DRUG CHEMISTRY SECTION REPORT

Respectfully submitted,

*Christopher Merrill, M.S.*
Scientist

The analysis was performed using laboratory-approved procedures or standards and this Report of Laboratory Findings accurately reflects the findings and opinions of the person(s) who performed the analysis or examination regarding the results reported.

The conclusions, interpretations and/or opinions in this Report of Laboratory Findings are those of the above signed author.