IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | CRIMINAL NO.  19-134 |
| | ) | |
| | ) | SENIOR JUDGE JOY FLOWERS CONTI |
| | ) | |
| vs. | ) | |
| | ) | |
| TERRY SUGGS, JR.**,** | ) | |
| | ) | |
| Defendant, | ) | |

CONTI, District Judge.

ORDER OF COURT

AND NOW, this the 2nd day of October, 2019, upon consideration of the Defendant's Motion for Extension of Time to File Pretrial Motions, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

It is further ORDERED that the extension of time caused by this continuance (October 2, 2019 through November 26, 2019) be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), since for the reasons set forth in the motion, the failure to grant such continuance would unreasonably deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court finds that the ends of Justice served by the granting of this Motion outweigh the best interests of the Defendant and the public in a speedier trial.

IT IS FURTHER ORDERED that any pretrial motions referred to in Local Criminal Rule 12.1 are due on or before **November 26, 2019.**

BY THE COURT:

/s/ Joy Flowers Conti
Judge Joy Flowers Conti
Senior United States District Judge