IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                    Criminal No. 19-134

        Vs.

TERRY SUGGS JR.,

        Defendant

## ENTRY OF APPEARANCE

Please enter my appearance as notice counsel of record for the above named Defendant, TERRY SUGGS, JR., in the above entitled case.

Date: March 27, 2020                    /s/ Sally A. Frick

                                           Sally A. Frick

                                           Attorney for Defendant

                                         Pa ID 27672

                                         407 Frick Building

                                         437 Grant Street

                                         Pittsburgh, PA  15219

                                         412/261-3340

                                         412/261-9211 FAX

                                         safattyusa@netscape.net