IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff,*<br><br>v.<br><br>TERRY SUGGS, JR.,<br><br>   *Defendant.* | Crim. No. 19-134 |

ORDER

AND NOW this 14th day of April, 2020, in accordance with the opinion, it is hereby ORDERED that the motion on behalf of defendant Terry Suggs, Jr., to modify the existing order of pretrial detention and release him from the Allegheny County Jail in light of the COVID-19 pandemic (ECF No. 102) is DENIED.

              /s/ Joy Flowers Conti
              Joy Flowers Conti
              Senior United States District Judge