IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No.: 19-134 |
| | ) | |
| TERRY KENNETH SUGGS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR AN EXTENSION OF TIME FOR THE FILING OF BRIEF IN SUPPORT OF MOTION TO SUPPRESS**

Filed on behalf of Defendant:
Terry Kenneth Suggs, Jr.

Samir Sarna, Esquire
Pa. Id. #310372

Worgul, Sarna & Ness, LLC
429 Fourth Ave, Suite 1700
Pittsburgh, PA  15219

(781) 726-0647 - office
(412) 402-5000 - fax

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No.: 19-134 |
| | ) | |
| TERRY KENNETH SUGGS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR AN EXTENSION OF TIME FOR THE
FILING OF BRIEF IN SUPPORT OF MOTION TO SUPPRESS**

AND NOW, comes Defendant, Terry Kenneth Suggs, Jr., ("Mr. Suggs") by and through his attorneys Samir Sarna, Esquire, and George Bills, Esquire, Sally Frick, Esquire, and William Theisen, Esquire, who moves this Court for an Order extending the time for the filing of brief in support of motion to suppress and avers the following:

1. Briefs in support and opposition of Mr. Suggs's motion to suppress were ordered to be filed by the Defendant and Government on or before June 1st, 2021 for the above-captioned case.

2. Mr. Suggs wishes to review said brief in support of motion to suppress before it is filed with this Honorable Court.

3. However, due to Mr. Suggs being incarcerated in Allegheny County Jail, it is highly unlikely that Mr. Suggs would be able to receive and have time to review the brief before June 1st, 2021 as mail sent to the jail will likely not reach Mr. Suggs in a timely manner.

4. As such, Mr. Suggs respectfully requests this Honorable Court extend the time to file the brief in support of the motion to suppress to June 15th, 2021.

5. Defense Counsel communicated with AUSA Rebecca Silinski, who stated both her consent to this request, and her request that the Government also be granted two additional weeks to file the brief in opposition to the motion to suppress.

6. This extension will not prejudice the United States in any way.

**WHEREFORE**, it is respectfully requested that this Court grant Defendant's request for an extension to file the brief in support of the motion to suppress in this case, and the Government's brief in opposition to the motion to suppress until June 15th, 2021.

Respectfully submitted,

/s/ Samir Sarna
Samir Sarna, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No.: 19-134 |
| ) | |
| TERRY KENNETH SUGGS, JR., ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, Samir Sarna, Esquire, hereby certify that the within Motion for An Extension of Time for The Filing of Brief in Support of Motion to Suppress was served via electronic filing on this 27th day of May, 2021:

The Honorable Judge Joy Flowers Conti
U.S. Courthouse
700 Grant Street
Pittsburgh, PA  15219

Rebecca Silinski, A.U.S.A.
U.S. Courthouse
700 Grant Street
Suite 4000
Pittsburgh, PA  15219

Respectfully submitted,

/s/ Samir Sarna_____
Samir Sarna, Esquire
Attorney for Defendant