United States
vs
Terry Suggs          CR-19-134

**FILED**
OCT 20 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## Notice of Appeal

Notice is hereby given that Terry Suggs plans to appeal to the Third Circuit Court of Appeals the order denying Defendants (ECF# -189) Motion for Reconsideration. The District Courts Order dated 10/6/21

Respectfully
Terry Suggs
# 59527066
NEOCC
2240 Hubbard Rd
Youngstown, OH 44505